IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON RESEARCH, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-1332-SLR |
| | ) | |
| MYLAN PHARMACEUTICALS INC. | ) | |
| and MYLAN INC. | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 15ᵗʰ day of January, 2014, due to a conflict in the court's

calendar;

IT IS ORDERED that the discovery conference originally scheduled for Tuesday,

March 4, 2014, is hereby rescheduled to **Thursday, March 6, 2014, at 4:45 p.m.** in

courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street,

Wilmington, Delaware.

_____
United States District Judge