IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-1332-SLR |
| | ) |
| MYLAN PHARMACEUTICALS INC. | ) |
| and MYLAN INC. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of February, 2014, due to a conflict in the court's calendar;

IT IS ORDERED that the in-chambers status conference originally scheduled for Monday, February 10, 2014, is hereby rescheduled to **Thursday, February 13, 2014, at 3:30 p.m.**

_____
United States District Judge