IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1332 (SLR) |
| | ) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Alcon Research, Ltd. ("Alcon") and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan") hereby stipulate and agree that Alcon's action against Mylan and Mylan's action against Alcon, including all claims and defenses asserted by Alcon against Mylan and all claims and defenses asserted by Mylan against Alcon, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Dated: March 31, 2015            Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014) | Richard K. Herrmann (#405) |
| Maryellen Noreika (#3208) | Mary B. Matterer (#2696) |
| 1201 North Market Street, 18th Floor | Kenneth L. Dorsney (#3726) |
| P.O. Box 1347 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801-1494 |
| (302) 658-9200 | (302) 888-6816 |
| jblumenfeld@mnat.com | mmatterer@morrisjames.com |
| mnoreika@mnat.com | rherrmann@morrisjames.com |
| | kdorsney@morrisjames.com |
| *Attorneys for Plaintiff Alcon Research, Ltd.* | *Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* |